```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
 3  EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102
        Telephone: (415) 436-6915
 6      FAX: (415) 436-6927

 7  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE STILLWATER, ) | Case No. 08-5778-JL |
| Plaintiff, ) | |
| ) | **STIPULATION TO EXTEND DATE OF** |
| v. ) | **CASE MANAGEMENT CONFERENCE;** |
| ) | **AND [PROPOSED] ORDER** |
| U.S. DEPARTMENT OF DEFENSE – ) | |
| OFFICE OF MILITARY CLAIMS, ) | Date: April 8, 2009 |
| ) | Time: 10:30 a.m. |
| Defendant. ) | |

Plaintiff, proceeding pro se, and the United States Department of Defense, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference (currently scheduled for April 8, 2009, at 10:30 a.m.) by sixty days in light of the fact that the Court has directed the parties to engage in a mediation and that mediation is scheduled for April 13, 2009.

//

//

//

//

//

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERNCE
C-08-5778-JL                                           1

| | | |
|---|---|---|
| 1 | Dated: April 1, 2009 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | /s/<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendant |
| 8 | Dated: April 1, 2009 | /s/<br>JANE STILLWATER<br>*Pro Se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

The case management conference currently scheduled for April 8, 2009, is re-scheduled to June 10, 2009 at 10:30 a.m.

Dated: April _1_, 2009    _____
JAMES LARSON
United States Magistrate Judge

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERNCE
C-08-5778-JL                                        2