JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3697
   FAX: (510) 637-3724

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE STILLWATER, | Case No. 08-5778-JL |
|    Plaintiff, | |
| v. | **STIPULATION TO VACATE THE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |
| U.S. DEPARTMENT OF DEFENSE – OFFICE OF MILITARY CLAIMS, | Date:  June 10, 2009<br>Time:  10:30 a.m. |
|    Defendant. | |

    Plaintiff, proceeding pro se, and the United States Department of Defense, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to vacate the case management conference (currently scheduled for June 10, 2009, at 10:30 a.m.) in light of the fact that the parties believe there is a reasonable probability that this case may be resolved shortly through the Court's mediation program. If this case is not resolved through mediation in the next thirty days, the parties will submit a joint case management statement and will ask the Court to schedule a case management conference.

//

//

//

STIPULATION TO VACATE CMC
C-08-5778-JL                              1

1 | Dated: June 3, 2009                                Respectfully submitted,

2 |                                                    JOSEPH P. RUSSONIELLO
  |                                                    United States Attorney
3 |

4 |                                                    /s/
  |                                                    EDWARD A. OLSEN
5 |                                                    Assistant United States Attorney
  |                                                    Attorneys for Defendant
6 |

7 |
  | Dated: June 3, 2009                                /s/
8 |                                                    JANE STILLWATER
  |                                                    *Pro Se*
9 |

10 |

11 |                                          **ORDER**

12 |     Pursuant to stipulation, IT IS SO ORDERED.

13 |     The case management conference currently scheduled for June 10, 2009, is vacated.

14 |     The case management conference has been continued to July 8, 2009 @ 10:30 a.m.

15 |
   | Dated: June _9_, 2009                             _____
16 |                                                    JAMES LARSON
   |                                                    United States Magistrate Judge
17 |

STIPULATION TO VACATE CMC
C-08-5778-JL                                        2