```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
       1301 Clay Street, Suite 340S
5      Oakland, California 94612
       Telephone: (510) 637-3697
6      FAX: (510) 637-3724

7  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE STILLWATER, ) | Case No. 08-5778-JL |
| Plaintiff, ) | |
| ) | **STIPULATION TO DISMISS; AND** |
| v. ) | **[PROPOSED] ORDER** |
| ) | |
| U.S. DEPARTMENT OF DEFENSE – ) | |
| OFFICE OF MILITARY CLAIMS, ) | |
| Defendant. ) | |

Plaintiff, proceeding pro se, and the United States Department of Defense, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action with prejudice.

Each of the parties shall bear their own costs and fees.

//
//
//
//
//
//
//

STIPULATION TO DISMISS AND PROPOSED ORDER
C-08-5778-JL                                    1

| | | |
|---|---|---|
| 1 | Dated: August 10, 2009 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | /s/<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendant |
| 6 | | |
| 7 | | |
| 8 | Dated: August 10, 2009 | /s/<br>JANE STILLWATER<br>*Pro Se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 19, 2009

JAMES LARSON
United States Magistrate Judge

STIPULATION TO DISMISS AND PROPOSED ORDER
C-08-5778-JL                               2